

# Moritt Hock
# Hamroff & Horowitz LLP
ATTORNEYS AT LAW

**Marc L. Hamroff**
Direct Dial: (516) 880-7231
Email: mhamroff@moritthock.com

February 3, 2010

Chambers, Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

  Re: Long Island Printing & Copying Corp. (the "Debtor"),
     Case No. 09-48184 and Adv. Pro. No. 09-01425

Dear Judge Stong:

  On January 26, 2010, Your Honor conducted a hearing (the "Hearing") to consider certain issues raised by Singulus Technologies AG and Singulus Technologies Inc.'s (collectively, "Singulus" and together with the Debtor, the "Parties") Motion Prohibiting Use of Cash Collateral and Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (the "Motion"). Your Honor further directed the Parties to advise the Court, in writing, as to the status of their settlement by February 3, 2010 at 4:00 p.m. In the event that the matters are not settled, Your Honor scheduled February 23, 2010 at 12:00 p.m. as the next hearing date.

  Since the Hearing, the Parties have been diligently working toward a settlement and have exchanged several drafts of settlement agreements. Further, the Parties intend to continue with their settlement negotiations and are hopeful that an agreement will be signed within the next few days. However, at this time, the Parties have not yet been able to come to an agreement.

                 Very truly yours,

                 Marc L. Hamroff

F:\Singulus Technologies, Inc\Long Island Copying & Printing Corp\sttlmnt status.ltr.to CT.DOC