

# Moritt Hock
# Hamroff & Horowitz LLP
ATTORNEYS AT LAW

**Marc L. Hamroff**
Partner
Direct Dial: (516) 880-7231
Email: mhamroff@moritthock.com

March 25, 2010

**VIA ECF FILING & FACSIMILE TO CHAMBERS**

Chambers, Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re: Long Island Printing & Copying Corp. adv. Singulus Technologies
Case No. 1-09-48184 (ess) & Adv. Pro. No. 09-1425 (ess)
Request for Telephonic Conference.

Dear Judge Stong:

As Your Honor may recall, we represent Singulus Technologies AG and Singulus Technologies Inc. (collectively, "Singulus") with respect to the above-referenced proceedings. On March 4, 2010 this Court entered that certain Stipulation and Order [Adv. Pro Docket No. 14] (the "Stipulation") resolving several matters between Singulus and Long Island Printing & Copying Corp. (the "Debtor"), including, but not limited to the adversary proceeding referenced above. As part of the settlement, the Debtor was obligated to pay to Singulus the sum of $11,500 on the Effective Date (as defined therein). The Effective Date occurred approximately two (2) weeks ago however, the Debtor has failed to remit the $11,500 payment to Singulus.

This payment of $11,500 is not a new payment. It is the same payment the Court directed the Debtor to make on January 21, 2010 when this Court entered that certain Consent Order Authorizing the Debtor to Use Cash Collateral Pursuant to 11 U.S.C. §363(c)(2)(A) [Docket No. 59], wherein the Debtor was obligated to remit the same $11,500 payment by December 23, 2009. The fact that the Debtor never paid this amount resulted in its inclusion in the Stipulation.



      Before we proceed to seek the appropriate relief, and in the interest of avoiding any further litigation, it would seem that a telephonic conference to discuss these developments is appropriate. We are available <u>at any time today or tomorrow</u> for a conference. Thank you for your time.

                                                  Very truly yours,

                                                  /s/ Marc L. Hamroff

                                                  Marc L. Hamroff

cc:     Sheree Jackson (via facsimile)
         Eric J. Snyder, Debtor's Counsel (via email)
         Wanda Borges, Committee Counsel (via email)
         William E. Curtin, United States Trustee (via email)

F:\Singulus Technologies, Inc\Long Island Copying & Printing Corp\Bankruptcy\Corres\Letter to Court requesting telephonic conference.DOC